UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X   Case No. 1:23-cv-01239

DOREEN NARINE,

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

                Plaintiff,

- against -

CENTERS FOR CARE LLC,

and

FULTON OPERATIONS ASSOCIATES LLC d/b/a
FULTON CENTER FOR REHABILITATION AND
NURSING,

                Defendants.
---------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, that the above-captioned action be dismissed, in its entirety and with prejudice, against Defendants pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedures and without costs, disbursements, or attorney's fees to any party.

| | |
|---|---|
| **PHILLIPS & ASSOCIATES,**<br>**ATTORNEYS AT LAW, PLLC**<br><br>By: _[signature]_<br>    Michelle A. Caiola, Esq.<br>    Jonathan Goldhirsch, Esq.<br>    *Attorneys for Plaintiff*<br>    45 Broadway, Suite 430<br>    New York, New York 10006<br>    (212) 248-7431<br>    mcaiola@tpglaws.com<br><br>Dated: August 30, 2024 | **JACKSON LEWIS P.C.**<br><br>By: _[signature]_<br>    Diane Windholz, Esq.<br>    *Attorney for Defendants*<br>    666 3rd Ave, 28th Floor<br>    New York, New York 10017<br>    (212) 545-4028<br>    Diane.Windholz@jacksonlewis.com |

IT IS SO ORDERED: _[signature]_   September 2, 2024
Mae A. D'Agostino
U.S. District Judge

Dated: September 5, 2024
       Albany, NY